FILED

AUG 19 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>JESUS VERDIN-FELIX,<br><br>    Respondent. | Case No. 15-cr-1879-BEN CAB<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed without prejudice.

DATED:  8/19/15

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE